UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASS DYNAMICS, LLC, BOSTON VAPOR, LLC, LINDA AND JEFFREY VICK d/b/a VICK'S VAPE SHOP, JIMBUDDY'S INCORPORATED, and, JERALD MOLLMAN d/b/a J'S VAPOR DEN,<br>　　　　Plaintiffs,<br><br>v.<br><br>CHARLES D. BAKER, in his official capacity as GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, MONICA BHAREL, M.D., in her official capacity as DEPARTMENT OF PUBLIC HEALTH COMMISSIONER, and COMMONWEALTH OF MASSACHUSETTS,<br>　　　　Defendants. | CIVIL ACTION NO. 19-12035 |

**AFFIDAVIT OF SERVICE**

1. I am an attorney in good standing licensed to practice in Massachusetts state and federal courts. I represent the plaintiffs in the above-captioned matter.

2. On October 2, 2019, I forwarded the Plaintiffs' Verified Amended Complaint and Motion for Temporary Restraining Order with Memorandum to process servers Dewsnap & Associates for service upon the Defendants in hand on October 3, 2019. At present, I have not received the returns of service from Dewsnap & Associates.

3. On October 2, 2019, I forwarded the Plaintiffs' Verified Amended Complaint and Motion for Temporary Restraining Order with Memorandum to counsel for the Defendants at the Office of the Massachusetts Attorney General via email, which were received by the counsel for the Defendants on October 3, 2019.

4. On October 3, 2019, I forwarded the Notice scheduling the Hearing on Plaintiffs' Motion for a Temporary Restraining Order to counsel for the Defendants at the Office of the Massachusetts Attorney General via email, which was received by them on the same day.

1

5. On October 3, 2019, I spoke with counsel for the Defendants at the Office of the Massachusetts Attorney General via telephone and confirmed that they had received Plaintiffs Verified Amended Complaint, Motion for a Temporary Restraining Order, and notice of the same for the hearing on October 4, 2019, at 10:00 A.M.

I, CRAIG ROURKE, DO HEREBY DEPOSE AND SWEAR THAT THE ABOVE TESTIMONY IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE.

/s/ Craig E. Rourke

_____

Craig E. Rourke

Dated:

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed with the Office of the Civil Clerk for the United States District Court, District of Massachusetts, via electronic means, and has been sent electronically to the Defendants on October 3, 2019:

**Governor Charles Baker**
Julia E. Kobick, Esq.
Timothy James Casey, Esq.
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2559
julia.kobick@state.ma.us
timothy.casey@state.ma.us

**Commissioner of DPH Monica Bharel, M.D.**
Julia E. Kobick, Esq.
Timothy James Casey, Esq.
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2559
julia.kobick@state.ma.us
timothy.casey@state.ma.us

**Commonwealth of Massachusetts**
Julia E. Kobick, Esq.
Timothy James Casey, Esq.
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2559
julia.kobick@state.ma.us
timothy.casey@state.ma.us

    /s/ Craig E. Rourke
Craig E. Rourke