UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASS DYNAMICS, LLC, BOSTON VAPOR, LLC, LINDA AND JEFFREY VICK d/b/a VICK'S VAPE SHOP, JIMBUDDY'S INCORPORATED, and, JERALD MOLLMAN d/b/a J'S VAPOR DEN,<br>　　　　Plaintiffs,<br><br>v.<br><br>CHARLES D. BAKER, in his official capacity as GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, MONICA BHAREL, M.D., in her official capacity as DEPARTMENT OF PUBLIC HEALTH COMMISSIONER, and COMMONWEALTH OF MASSACHUSETTS,<br>　　　　Defendants. | CIVIL ACTION NO. 19-12035 |

## PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION AND CANCEL EVIDENTIARY HEARING

Plaintiffs, Mass Dynamics, LLC, Boston Vapor, LLC, Linda and Jeffrey Vick d/b/a Vick's Vape Shop, JimBuddy's Incorporated, and Jerald Mollman d/b/a J's Vapor Den (the "Plaintiffs"), respectfully move to withdraw their Motion for Preliminary Injunction, and to cancel the evidentiary hearing scheduled for October 15, 2019, so that the case may proceed in the normal course of adjudication with the benefit of discovery and a more complete record as to its significant federal constitutional issues.

In addition, an evidentiary hearing is already under way in a related case based on state-law claims, Vapor Technology Association, et al. v. Baker, et al., 1984 CV 03102 (Suffolk Super. Ct.). The Plaintiffs in this matter also have a matter pending before the Suffolk Superior Court involving this subject matter, Vapor Zone v. Massachusetts

1

Department of Public Health, et al., 1984 CV 03023 (Suffolk Super. Ct.), the outcome of which will likely be impacted by the outcome of evidentiary hearing underway in the matter pending before the Suffolk Superior Court, which is styled, Vapor Technology Association, et al. v. Baker, et al., 1984 CV 03102 (Suffolk Super. Ct.).

Respectfully submitted,

PLAINTIFFS,
MASS DYNAMICS, LCC,
BOSTON VAPOR, LLC,
LINDA AND JEFFREY VICK d/b/a
VICK'S VAPE SHOP,
JIMBUDDY'S INCORPORATED,
and JERALD MOLLMAN d/b/a
J'S VAPOR DEN,
By their attorney,

/s/ Craig E. Rourke

Craig E. Rourke, BBO# 665643
Rourke Law Office, P.C.
325 Central Street
Saugus, MA 01906
(617) 553-9111
crourke@craigrourke.com

Dated: October 11, 2019

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was filed with the Office of the Civil Clerk for the United States District Court, District of Massachusetts, via electronic means, and will be sent electronically to the Defendants on October 11, 2019. Paper copies will be served by hand on the Defendants at the following addresses on October 11, 2019:

**Governor Charles Baker**
Julia E. Kobick, Esq.
Timothy James Casey, Esq.
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2559
julia.kobick@state.ma.us
timothy.casey@state.ma.us

**Commissioner of DPH Monica Bharel, M.D.**
Julia E. Kobick, Esq.
Timothy James Casey, Esq.
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2559
julia.kobick@state.ma.us
timothy.casey@state.ma.us

**Commonwealth of Massachusetts**
Julia E. Kobick, Esq.
Timothy James Casey, Esq.
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2559
julia.kobick@state.ma.us
timothy.casey@state.ma.us

                                              /s/ Craig E. Rourke
                                              Craig E. Rourke

## LOCAL RULE 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

I, Craig E. Rourke, hereby certify that counsel for the plaintiff in the related case which has been consolidated only for the purpose of this motion, conferred with counsel from the Office of the Massachusetts Attorney General on or around October 11, 2019 in an effort to resolve or narrow the issues presented in this motion prior to filing. In addition, my office attempted to contact counsel for the defendants via email and telephone prior to filing this motion.

/s/ Craig E. Rourke
_____
Craig E. Rourke